IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Interface IP Holdings LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CNN Interactive Group, Inc., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 12-cv-1496-LPS <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached a settlement including an agreement to dismiss this action with prejudice, each side bearing its own costs and fees;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii), the parties may dismiss an action without Court order via a stipulation of dismissal signed by all parties who have appeared;

NOW THEREFORE, the above-named parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that Interface IP Holdings LLC's action against CNN Interactive Group, Inc. is hereby dismissed with prejudice, with each side to bear its own costs and fees.

Respectfully Submitted,

FARNAN LLP

By: /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

Of Counsel:

BLACK CHANG & HAMILL LLP

ASHBY & GEDDES

By: /s/ John G. Day
John G. Day (Bar No. 2403)
Tiffany Geyer Lydon (Bar No. 3950)
Andrew C. Mayo (Bar No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19800
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com

<table>
<tr><td>

Bradford J. Black
Peter H. Chang
Andrew G. Hamill
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 813-6210
(415) 813-6222
bblack@bchllp.com
pchang@bchllp.com
ahamill@bchllp.com

*Counsel for Plaintiff*
*Interface IP Holdings LLC*


Dated: January 10, 2013

</td><td>

amayo@ashby-geddes.com

Of Counsel:

MORRISON & FOERSTER LLP
Vincent J. Belusko
555 West 5th Street, Suite 3500
Los Angeles, CA 90013
(213) 892-5200
(213) 892-5454
vbelusko@mofo.com

*Counsel for Defendant*
*CNN Interactive Group, Inc.*

</td></tr>
</table>